UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DAVID ST. PIERRE,                       )<br>                                                  )<br>             Plaintiff,                       )<br>                                                  )<br>v.                                              )<br>                                                  )<br>QUENTIN BYRNE, et al.,               )<br>                                                  )<br>             Defendants.                  )<br>_____) | 3:06-cv-00038-LRH (VPC)<br><br>O R D E R |

      The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#59) entered on July 24, 2007, in which the Magistrate Judge recommends that the Plaintiff's Motion for a Preliminary Injunction (#33) be denied. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2 Magistrate Judge (#59); therefore, Plaintiff's Motion for Preliminary Injunction (#33) is denied.
3       IT IS SO ORDERED.
4       DATED this 29th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2